AGATINO RICCIARDI, as Administratrix of the Estate of JOHN RICCIARDI, Deceased, Appellant, *v.* WILLIAM A. PINTARD et al., Respondents.

Submitted April 14, 1942; decided April 30, 1942.

*Millard E. Theodore* and *C. Edward Scotti* for appellant.

No appearance for respondent.

Appeal dismissed, without costs, on the ground that the order is not final and no question has been certified. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.